UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **RUFUS A. THOMPSON, III,** | ) | |
| | ) | |
| Petitioner, | ) | No. 3:05-0783 |
| | ) | (Criminal Case |
| v. | ) | No. 3:01-00116) |
| | ) | Judge Echols |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket Entry No. 1) filed by Petitioner Rufus A. Thompson, III, is hereby DENIED.

Because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of his claims debatable or wrong, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE